UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNA PLOSS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE POLICE, MASSACHUSETTS<br><br>    Defendants, | Civil Action No.: 1:23-cv-13236 |

## MOTION OF WITHDRAWAL

Now comes undersigned counsel and respectfully requests that this Honorable Court allow him to withdraw his appearance and representation for the Plaintiff ("Dianna Ploss").

As grounds therefore undersigned counsel submits that an irretrievable breakdown in the attorney-client relationship exists which prevents him from representing the Plaintiff effectively.

Undersigned counsel sent notice of this motion to Ploss, June 26, 2024.

Wherefore, in the interest of justice undersigned counsel hereby prays the Court allows him to Withdraw his Appearance of counsel.

Respectfully submitted,

DATED: June 6, 2024

/s/ Richard C. Chambers. Jr., Esq.
Richard C. Chambers, Jr.,
Esq. BBO#: 651251
Chambers Law
Office 220
Broadway, Suite 404
Lynnfield, MA 01940

1

Office: (781) 581-2031<br>
Cell: (781) 363-1773<br>
Fax: (781) 581-8449<br>
Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) email and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: June 26, 2024

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.