UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNA PLOSS <br>     Plaintiff, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF <br> STATE POLICE <br>     Defendant. | CIVIL ACTION NO: <br> 1:23-CV-13236-DLC |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

I, Keith A. Paquette, pursuant to Local Rule 83.5.2(c), D. Mass., am respectfully requesting to withdraw as counsel for the Massachusetts Department of State Police in this civil action. For reasons, I will no longer be a member of the Department of State Police after March 8, 2025. Successor counsel, Attorney Daniel Brunelli will be filing his appearance in this matter for the Department of State Police pursuant to the Department's Chief Counsel Jennifer Staples Special Assistant Attorney General designation.

Respectfully submitted,
Defendant,

MASSACHUSETTS, DEPARTMENT OF
STATE POLICE,

By its Attorney,

Jennifer M. Staples
Special Assistant Attorney General

By: _____
Keith A. Paquette, BBO#683557
Office of the Chief Legal Counsel
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

(508) 820-2348
Keith.Paquette@pol.state.ma.us

Dated: March 5, 2025

## CERTIFICATE OF SERVICE

I, Keith A. Paquette, hereby certify that I have this day, March 5, 2025, served the foregoing document upon Pro-Se Plaintiff by electronic filing through the Electronic Case Filing (ECF) system, and by electronic mail diannaploss36@gmail.com.

/s/ Keith Paquette
Keith A. Paquette